**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION, <br><br> ------------------------------ <br><br> JENNIFER ANDREWS; et al., <br><br> Plaintiffs – Appellees/Cross-Appellants, <br><br> v. <br><br> GOOGLE, LLC and GOOGLE PAYMENT CORP., <br><br> Defendants – Appellants/Cross-Appellees. | Nos. 22-16921, 22-16923 <br><br> D.C. No. 5:21-md-03001-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

The amicus brief submitted by Electronic Privacy Information Center on November 1, 2023 is filed.

Within 7 days of this order, amicus curiae is ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT